IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD COX and KATHLEEN COX | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 121-126 |
| | ) | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The April 4, 2022 Revised Scheduling Order directed the parties to file a Joint Status Report by April 28, 2022, concerning the opportunity to engage in mediation prior to summary judgment motions.  (Doc. no. 17.)  The deadline for the parties to file the Joint Status Report as set forth in the Court's Revised Scheduling Order has passed, however, no Joint Status Report has been filed.  Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's April 4th Order on or before <u>Wednesday, May 4, 2022</u>.[1]

SO ORDERED this 29th day of April, 2022, at Augusta, Georgia.

_Brian K. Epps_
_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.